IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSISPPI
JACKSON DIVISION

**Terry Robinson, Individually
And on Behalf of all the Wrongful
Death Beneficiaries of Dennis Holmes,
Deceased** **Plaintiffs**

Vs.  **Cause No.  3:10-CV-629-HTW-LRA**

**The Town of Walnut Grove; Walnut Grove
Correctional Authority; Cornell Companies, Inc.;
GEO Group; Walter (Brick) Tripp, John Doe
Corporations, 1-5; and,
John Does, 1-5** **Defendants**
_____

**PLAINTIFF'S NOTICE OF SERVICE OF PRE-DISCOVERY DISCLOSURE
INFORMATION**
_____

To:   Lee Thaggard
      HAMMACK, BARRY, THAGGARD & MAY, LLP
      Post Office Box 2009
      Meridian, MS  39302

      Jeffrey T. Webb
      Webb Law Firm, PLLC
      Post Office Box 452
      203 South Pearl Street
      Carthage, MS  39051

Notice is hereby given that the Plaintiff has this date served pursuant to Uniform Local Rule 26.1(A) in the above-entitled action the following:

1.   Plaintiff's Pre-Discovery Disclosure Information

This the 12th day of May, 2011.

1

          **Respectfully Submitted,**
Terry Robinson, Individually and on Behalf of the Wrongful Death Beneficiaries of Dennis Holmes, Deceased


__s:/ Earle Banks_____
Earle S. Banks, MSB# 1732
One of the Attorneys for Plaintiff

Of Counsel:

**Dockins Turnage & Banks, PLLC**
6520 Dogwood View Parkway,
Suite B
Jackson, Mississippi
Phone (601) 713-2223
Fax (601) 713-2225

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Service of Pre-Discovery Disclosures has been served electronically via the ECF system and the Pre-Discovery Disclosures have been sent via U.S. mail to the following:

    Lee Thaggard
    HAMMACK, BARRY, THAGGARD & MAY, LLP
    Post Office Box 2009
    Meridian, MS  39302
    **Counsel For Walnut Grove Correctional Authority**

    Jeffrey T. Webb
    Webb Law Firm, PLLC
    Post Office Box 452

203 South Pearl Street
Carthage, MS  39051
**Counsel For the Town of Walnut Grove**

This the 12th day of May, 2011.

                                                     BY: s:/Earle Banks
                                                     **Earle Banks, MSB # 1732**