IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TERRY ROBINSON, Individually and on Behalf of
The Wrongful Death Beneficiaries of DENNIS EARL HOLMES,
Deceased                                                                                          PLAINTIFF


VS.                                              CIVIL ACTION NO.: 3:10 cv 629 CWR-LRA

THE TOWN OF WALNUT GROVE; WALNUT
GROVE CORRECTIONAL AUTHORITY; CORNELL
COMPANIES INC., GEO GROUP; WALTER (Brick) TRIPP
JOHN DOE, 1-5; and JOHN DOE CORPORATIONS, 1-5          DEFENDANTS
_____

**MOTION FOR EXTENSION OF TIME**
_____

**COMES NOW** the Plaintiff, Terry Robinson, individually and on behalf of

the wrongful death beneficiaries of Dennis Earl Holmes, deceased, by and

through the undersigned counsel, and moves the Court for an order extending

time in which to file her response to Defendant Health Assurance, LLC's Motion

for Summary Judgment [Docket Entry 38], and would should unto the court the

following:

1.      On September 19, 2011 Defendant Health Assurance, LLC filed

with this Court its Motion for Summary Judgment.

2.      Plaintiff's counsel asked counsel for Defendant Health Assurance if

he would object to an extension until October 17, 2011to respond to Defendant's

Motion for Summary Judgment. Counsel for Defendant Health Assurance, LLC

agreed.

3.     Plaintiff's counsel requests an extension of time up to an including October 17, 2011 to file a response to Defendant Health Assurance, LLC's Motion for Summary Judgment. The requested extension is not for purposes of delay and will not prejudice the Defendant.

4.     Defendant's counsel has advised Plaintiff's counsel that he does not object to this extension.

5.     Plaintiff requests that the requirement of a separate memorandum be waived.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully requests an order extending the time to file a response to Defendant Health Assurance, LLC's Motion for Summary Judgment until October 17, 2011.

Respectfully submitted,

BY: s:/Earle S. Banks, Esq. _____
Earle S. Banks, Esq. MSB# 1732
Attorney for Plaintiff

OF COUNSEL:

***Dockins Turnage & Banks, PLLC***
6520 Dogwood View Parkway
Suite B
Jackson, MS  39213
(601) 713-2223
(601) 713-2225 facsimile
Email: www.loohd.com

## CERTIFICATE OF SERVICE

I, Earle S. Banks., hereby certify that a true and correct copy of the foregoing Motion has been served electronically via the ECF system to the following:

Lee Thaggard, Esq.
HAMMACK, BARRY, THAGGARD & MAY, LLP
Post Office Box 2009
Meridian, MS  39302

**Counsel for Defendant, Walnut Grove Correctional Authority, Cornell Companies, Inc., GEO Group, and Walter "Brick" Tripp**

Jeffrey T. Webb, Esq.
Webb Law Firm, PLLC
Post Office Box 452
203 South Pearl Street
Carthage, MS  39051

**Counsel for Defendant, Town of Walnut Grove**

Robert H. Pedersen, Esq.
Watkins & Eager, PLLC
The Emporium Building
400 East Capitol St., Suite 300
Post Office Box 650
Jackson, MS 39205

**Counsel For Defendant, Health Assurance, LLC**

This the 3rd  day of October, 2011.

BY: s:/Earle S. Banks, Esq.
Earle S. Banks, MSB # 1732