IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TERRY ROBINSON, Individually and on Behalf of
The Wrongful Death Beneficiaries of Dennis Earl Holmes, Deceased     PLAINTIFF

V.     CASE NO.: 3:10-CV-629-CWR-LRA

THE TOWN OF WALNUT GROVE; WALNUT GROVE
CORRECTIONAL AUTHORITY; CORNELL COMPANIES,
INC., GEO GROUP; WALTER (Brick) TRIPP,
JOHN DOE, 1-5; and JOHN DOE CORPORATIONS, 1-5     DEFENDANTS

## NOTICE OF SERVICE OF DISCOVERY DISCLOSURES

TO:     J. T. Noblin, Clerk
United States District Court
P. O. Box 23552
Jackson, MS 39225-3552

All Counsel of Record

NOTICE IS HEREBY GIVEN that the Defendant, Walnut Grove Correctional Facility, Cornell Companies, Inc./GEO Group, Inc. and Walter (Brick) Tripp, has this day served all counsel of record with the following:

1.     Defendant's Initial Pre-Discovery of Core Information.

This the 6th day of February, 2012.

Respectfully submitted,

**WALNUT GROVE CORRECTIONAL
AUTHORITY, ET AL, Defendant**s

BY:     /s/ William C. Hammack
William C. Hammack     (MSB #2994)
Robert T. Bailey     (MSB #102270)
HAMMACK, BARRY, THAGGARD & MAY, LLP
P. O. Box 2009
Meridian, MS 39302-2009
(601) 693-2393
Attorneys for Defendant

1

**CERTIFICATE OF SERVICE**

      I, the undersigned attorney, do hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using ECF system and further that I mailed by United States Postal Service, postage prepaid, a true and correct copy to:

      Earle S. Banks
      Dockins Turnage & Banks, PLLC
      6520 Dogwood View Parkway, Suite B
      Jackson, MS 39213

      Jeffrey T. Webb
      Webb Law Firm, PLLC
      P.O. Box 452
      Carthage, MS 39051

      Walter T. Johnson
      Robert H. Pedersen
      WATKINS & EAGER, PLLC
      Post Office Box 650
      Jackson, MS 39205

This the 6th day of February, 2012.

                                            /s/ William C. Hammack
                                            William C. Hammack