**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

TERRY ROBINSON, Individually and on
Behalf of the Wrongful Death Beneficiaries
of Dennis Earl Homes, Deceased                                                        PLAINTIFF

                                                             CASE NO.:  310-CV-629-CWR-LRA

THE TOWN OF WALNUT GROVE; WALNUT
GROVE CORRECTIONAL AUTHORITY;
CORNELL COMPANIES, Inc.; GEO GROUP;
WALTER (Brick) TRIPP; HEALTH ASSURANCE,
LLC:  JOHN DOE, 1-5; and
JOHN DOE CORPORATIONS, 1-5                                                DEFENDANTS

_____

**MOTION TO WITHDRAW AS COUNSEL**
_____

**COME NOW** Earle S. Banks and the Law Offices of Dockins Turnage & Banks, PLLC, representing the Plaintiff, Terry Robinson, and move this Court for an Order granting him and the Law Offices of Dockins Turnage & Banks, PLLC, for permission to withdraw as counsel for Plaintiff Terry Robinson, and respectfully request that the Court allow Plaintiff an additional sixty (60) days to find new counsel. Heretofore, the law firm has been unable to obtain liability experts to prosecute the claims of the case.

**WHEREFORE, PREMISES CONSIDERED,** Earle S. Banks and the Law Offices of Dockins Turnage & Banks, PLLC, respectfully request this Court to grant them permission to withdraw as counsel for Plaintiff Terry Robinson, and to grant her an additional sixty (60) days to find new counsel to represent her. This the 1st day of March, 2012.

Respectfully submitted,


BY: s:/Earle S. Banks, Esq.
Earle S. Banks, Esq. MSB# 1732
Attorney for Plaintiff


OF COUNSEL:

**Dockins Turnage & Banks, PLLC**

6520 Dogwood View Parkway
Suite B
Jackson, MS  39213
(601) 713-2223
(601) 713-2225 facsimile
Email: www.loohd.com

## **CERTIFICATE OF SERVICE**

I, Earle S. Banks., hereby certify that a true and correct copy of the foregoing Motion has been served electronically via the ECF system to the following:

Lee Thaggard, Esq.
HAMMACK, BARRY, THAGGARD & MAY, LLP
Post Office Box 2009
Meridian, MS  39302

*Counsel for Defendant, Walnut Grove Correctional Authority, Cornell Companies, Inc., GEO Group, and Walter "Brick" Tripp*

Jeffrey T. Webb, Esq.
Webb Law Firm, PLLC
Post Office Box 452
203 South Pearl Street
Carthage, MS  39051

*Counsel for Defendant, Town of Walnut Grove*

Robert H. Pedersen, Esq.
Watkins & Eager, PLLC
The Emporium Building
400 East Capitol St., Suite 300
Post Office Box 650
Jackson, MS 39205

*Counsel For Defendant, Health Assurance, LLC*

This the 1st day of March, 2012.

BY: s:/Earle S. Banks, Esq.
Earle S. Banks, MSB # 1732